IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT JAHODA, | | |
| | Plaintiff, | 15cv1000<br>LEAD CASE |
| | v. | **ELECTRONICALLY FILED** |
| FOOT LOCKER, INC., | | |
| | Defendant. | |

| | | |
|---|---|---|
| MICHELLE SIPE, | | |
| | Plaintiff, | 15cv1037<br>MEMBER CASE |
| | v. | |
| TOYS "R" US, INC., | | |
| | Defendant. | |

| | | |
|---|---|---|
| ROBERT JAHODA, | | |
| | Plaintiff, | 15cv1050<br>MEMBER CASE |
| | v. | |
| BROOKS BROTHERS, INC., | | |
| | Defendant. | |

| | | |
|---|---|---|
| MICHELLE SIPE, | | |
| | Plaintiff, | 15cv1083<br>MEMBER CASE |
| | v. | |
| HUNTINGTON NATIONAL BANK, | | |
| | Defendant. | |

ROBERT JAHODA,

       Plaintiff,

            v.

HARD ROCK CAFÉ INTERNATIONAL, INC.,

                                      15cv1123
                                      MEMBER CASE

       Defendant.

---

JILL GROSS ET AL.,

       Plaintiffs,                   15cv1172
                                      MEMBER CASE

            v.

V.F. CORPORATION,

       Defendant.

---

MICHELLE SIPE,

       Plaintiff,                   15cv1217
                                      MEMBER CASE
            v.

RED ROOF INNS, INC.,

       Defendant.

---

ROBERT JAHODA,

        Plaintiff,                             15cv1255
                                                  MEMBER CASE

        v.

BASSETT FURNITURE INDUSTRIES, INC.,

        Defendant.

---

ROBERT JAHODA,

        Plaintiff,                             15cv1462
                                                  MEMBER CASE

        v.

NATIONAL BASKETBALL ASSOCIATION,

        Defendant.

---

MICHELLE SIPE, ET AL.,

        Plaintiffs,                            15cv1571
                                                   MEMBER CASE

        v.

ESTEE LAUDER COMPANIES, INC.,

        Defendant.

## **ORDER OF COURT**

    IT IS HEREBY ORDERED that the parties shall proceed as follows:

    1.    <u>Civil Action Nos. 15-1037, 15-1050, 15-1083, 15-1123, 15-1172, 15-1217, 15-1255, 15-1462, and 15-1571</u> are hereby consolidated with <u>Civil Action No. 15-1000</u>, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at <u>Civil Action No. 15-1000</u>.

3. The Clerk of Court shall close <u>Civil Action Nos. 15-1037, 15-1050, 15-1083, 15-1123, 15-1172, 15-1217, 15-1255, 15-1462, and 15-1571</u>.

At the 1/29/16 ICMC, the Court will discuss with chief trial counsel the procedure(s) to follow to preserve the individual parties' pretrial and trial rights.

**SO ORDERED** this 3rd day of December, 2015.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record